# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:12 CV 105

| | | |
|---|---|---|
| FLEXIBLE FOAM PRODUCTS, INC., | ) | |
| Plaintiff | ) | |
| V | ) | **ORDER** |
| VITAFOAM INCORPORATED, et al, | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on Frederick S. Barbour's Application for Admission to Practice *Pro Hac Vice* of Michael D. Mustard. It appearing that Michael D. Mustard is a member in good standing with the Indiana State Bar and will be appearing with Frederick S. Barbour, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Frederick S. Barbour's Application for Admission to Practice *Pro Hac Vice* (#4) of Michael D. Mustard is **GRANTED**, and that Michael D. Mustard is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Frederick S. Barbour.

Signed: May 25, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge