IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 105

| FLEXIBLE FOAM PRODUCTS, INC., | ) | |
|---|---|---|
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| VITAFOAM INCOPORATED and | ) | |
| BRITISH VITA UNLIMITED, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Frederick S. Barbour's Application for Admission to Practice *Pro Hac Vice* of Bradley Robert Love. It appearing that Bradley Robert Love is a member in good standing with the Indiana State Bar and will be appearing with Frederick S. Barbour, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Frederick S. Barbour's Application for Admission to Practice *Pro Hac Vice* (#28) of Bradley Robert Love is

**GRANTED**, and that Bradley Robert Love is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Frederick S. Barbour.

Signed: March 7, 2013

*Dennis L. Howell*
United States Magistrate Judge