IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12cv105

| | | |
|---|---|---|
| **FLEXIBLE FOAM PRODUCTS, INC.,** | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| **VITAFOAM INCORPORATED and BRITISH VITA UNLIMITED,** | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on the parties' Consent Motion for Pre-Emptory Trial Setting [Doc. 24].

For the reasons stated in the motion, it will be granted in part.

**IT IS, THEREFORE, ORDERED** that the Consent Motion for Pre-Emptory Trial Setting [Doc. 24] is hereby **GRANTED** in part, as follows: This case is hereby continued from the September 3, 2013 term of Court and is set as the first civil case for trial in the January 13, 2014 term of Court, to follow the conclusion of the criminal calendar.

Signed: May 22, 2013

Martin Reidinger
United States District Judge