# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| FLEXIBLE FOAM PRODUCTS, INC., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:12-cv-00105-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| VITAFOAM INCORPORATED and | ) | |
| BRITISH VITAFOAM UNLIMITED, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 30, 2013 Memorandum Opinion and Order.

October 30, 2013

Frank G. Johns, Clerk
United States District Court